FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 06 2024

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:24CR 00068 DPM |
| | ) | |
| v. | ) | 26 U.S.C. § 7201 |
| | ) | 26 U.S.C. § 7203 |
| VICTOR GREEN | ) | 18 U.S.C. § 1014 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

During the calendar year 2018, VICTOR GREEN, a resident of Conway, Arkansas, received taxable income, upon which there was substantial income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2019, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, VICTOR GREEN, from on or about January 1, 2019, through on or about April 15, 2019, in the Eastern District of Arkansas and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2018, by committing the following affirmative acts, among others: filing and maintaining a false form W-4.

All in violation of Title 26, United States Code, Section 7201.

### COUNT TWO

During the calendar year 2019, VICTOR GREEN, a resident of Conway, Arkansas, received taxable income, upon which there was substantial income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2020, as required by law, to any proper officer of the Internal Revenue Service,

and to pay the income tax to the Internal Revenue Service, VICTOR GREEN, from on or about January 1, 2020, through on or about April 15, 2020, in the Eastern District of Arkansas and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2019, by committing the following affirmative acts, among others: filing and maintaining a false form W-4.

All in violation of Title 26, United States Code, Section 7201.

## COUNT THREE

During the calendar year 2018, VICTOR GREEN, who was a resident of Conway, Arkansas, had and received gross income of approximately $221,522. By reason of such gross income, he was required by law, following the close of the calendar year 2018 and on or before April 15, 2019, to make an income tax return to the Internal Revenue Service Center, to a person assigned to receive returns at the local office of the Internal Revenue Service, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2019, in the Eastern District of Arkansas and elsewhere, to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

## COUNT FOUR

During the calendar year 2019, VICTOR GREEN, who was a resident of Conway, Arkansas, had and received gross income of approximately $184,041. By reason of such gross income, he was required by law, following the close of the calendar year 2019 and on or before April 15, 2020, to make an income tax return to the Internal Revenue Service Center, to a person assigned to receive returns at the local office of the Internal Revenue Service, or to another Internal

Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2020, in the Eastern District of Arkansas and elsewhere, to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

## COUNT FIVE

Between on or about March 30, 2020, through May 11, 2021, in the Eastern District of Arkansas, VICTOR GREEN, knowingly made a false statement for the purpose of influencing the action of the Small Business Administration, in connection with a loan to his business, Green's Claim Service, Inc. ("GCS"), in that the defendant reported that he had six employees, when in truth and in fact, as the defendant well knew, he was the sole employee of GCS.

All in violation of Title 18, United States Code, Section 1014.

☐ NO TRUE BILL.                ☒ TRUE BILL.

REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

*Shelby Shelton*
By SHELBY SHELTON
Bar Number AR 2020233
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Shelby.Shelton@usdoj.gov